In the matter of the petition of George E. Chase to cancel liquor-tax certificate No. 18,745, granted to Thomas A. Perew. No opinion. Order affirmed, with $10 costs and disbursements.

CHISOLM, Respondent, v. WEED et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by Mary A. Chisolm against Joseph E. Weed and others. L. Bronner, for appellants. J. Punnett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) In the matter of the application of the grade-crossing commissioners of the city of Buffalo to ascertain compensation, etc. No opinion. Order confirming award affirmed, with costs.

CITY REAL-ESTATE CO. v. GAYLOR. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by the City Real-Estate Company against Clarence W. Gaylor. No opinion. Motion denied, on payment of $10 costs of opposing motion, and leave granted to apply to the court below to open default on payment of an additional $10.

CLAPP, Respondent, v. NICHOLS, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Hawley D. Clapp against Mary A. Nichols, impleaded, etc. No opinion. Motion to confirm the referee's report denied, on the ground that the application should be made in the first instance at the special term. See 53 N. Y. Supp. 1101.

In re CLARKE. (Supreme Court, Appellate Division, First Department. February 16, 1900.) In the matter of David Clarke, deceased. No opinion. Motion denied, with $10 costs.

In re COLONIAL PARK. (Supreme Court, Appellate Division, First Department. April 2, 1900.) In the matter of the Colonial Park. No opinion. Motion denied.

COLUMBIA BANK et al., Respondents, v. EQUITABLE LIFE ASSUR. SOC., Appellant. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by the Columbia Bank and another against the Equitable Life Assurance Society. W. C. Prime, for appellant. J. J. Frank, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re COMAN. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) In the matter of the application of Frederick H. Coman for an order revoking the liquor-tax certificate of Stranahan Downer. No opinion. Order affirmed, with $10 costs and disbursements.

COMMERCIAL BANK, Appellant, v. BRANDT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) Action by the Commercial Bank against Catharine Brandt and others. No opinion. Judgment affirmed, with costs.

COOPER v. COOPER. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by John J. Cooper against Amelia Cooper. No opinion. Motion denied, upon payment of $10 costs. See 59 N. Y. Supp. 86.

CRANE, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 27, 1900.) Action by Maud L. Crane against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See opinion in Jeffards v. Railroad Co. (herewith decided) 63 N. Y. Supp. 530.

CREIGHTON, Respondent, v. BRENNAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Henry J. Creighton against Patrick Brennan. No opinion. Judgment of the municipal court affirmed by default, with costs.

CRINNIAN, Respondent, v. KNAUTH et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by Thomas M. Crinnian against Manuel Knauth & Co. A. Knauth, for appellants. J. J. Allen,, for respondent. No opinion. Judgment affirmed, with costs. See 61 N. Y. Supp. 976.

In re CURTIS et al. (Supreme Court, Appellate Division, First Department. January 19, 1900.) In the matter of Theodore A. Curtis and another. No opinion. Motion granted, with $10 costs. See 45 N. Y. Supp. 1134.

In re CURTIS et al. (Supreme Court, Appellate Division, First Department. March 16, 1900.) In the matter of Theodore A. Curtis and another. No opinion. Motion to dismiss appeal denied, on payment of $10 costs. See 62 N. Y. Supp. 1134.

DALEY, Appellant, v. SIMONSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 7, 1900.) Action by James B. Daley, as receiver, against Oliver B. Simonson and others. No opinion. Judgment affirmed, with costs.

DAVIES et al., Respondents, v. CLARK, Appellant. (Supreme Court, Appellate Division, First Department. March 23, 1900.) Action by William G. Davies and others against Francis A. Clark. D. McMahon, for appellant. H. Lindsley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DAY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by Frank Day against the Brooklyn Heights Railroad Company. No opinion. Judgment and order affirmed, with costs.

DE HIERAPOLIS v. REILLY et al. (Supreme Court, Appellate Division, First Depart-

ment. February 16, 1900.) Action by Emilie S. De Hierapolis against John B. Reilly, Jr., and others. No opinion. Motion for resettlement granted. See 61 N. Y. Supp. 1135.

DE HIERAPOLIS v. REILLY et al. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by Emilie S. De Hierapolis against John B. Reilly, Jr., and others. No opinion. Motion for resettlement denied, with $10. costs. See 61 N. Y. Supp. 1135.

DE HIERAPOLIS v. REILLY et al. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by Emilie S. De Hierapolis against John B. Reilly, Jr., and others. No opinion. Motion for stay granted. See 61 N. Y. Supp. 1135.

DELANO, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) Action by Laura A. Delano against the Manhattan Railway Company and another. No opinion. Judgment affirmed, with costs.

DEMPSEY, Appellant, v. THIRD AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 9, 1900.) Action by William Dempsey against the Third Avenue Railroad Company. A. J. Shipman, for appellant. E. Treadwell, for respondent. No opinion. Order affirmed, with costs.

DICKINSON, Appellant, v. EARLE et al., Respondents. (Supreme Court, Appellate Division, First Department. March 23, 1900.) Action by Charles C. Dickinson, as assignee, against Eugene M. Earle and others. H. D. Luce, for appellant. B. N. Cardozo, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 52 N. Y. Supp. 615; 54 N. Y. Supp. 475.

DIEBOLD v. FENTON. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) Action by John F. Diebold against James Fenton. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to court of appeals denied.

DOLL et al. v. COOGAN et al. (Supreme Court, Appellate Division, First Department. April 2. 1900.) Action by Charles Doll and another against Matthew Coogan and others. No opinion. Motion denied, with $10 costs. See 62 N. Y. Supp. 627.

DOWNEY, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) Action by Catharine Downey against Egbert Z. Smith and Alonzo E. Smith. No opinion. Order affirmed by default, with $10 costs and disbursements.

DOYLE v. TRUSTEES, ETC., OF UNION FREE SCHOOL, DISTRICT NO. 4, et al. THURSTON v. SAME. PARRY v. SAME. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) Actions by John Doyle, as surviving partner, etc., by Wayne W. Thurston, and by Watkyn W. Parry, against the trustees and board of education of union free school, district No. 4, etc. No opinion. Judgment affirmed, with costs.

DUGOFF, Respondent, v. ZEMAN, Appellant (Supreme Court, Appellate Term. March 5, 1900.) Action by Isaac Dugoff against Isaac D. Zeman. From a judgment in favor of plaintiff, defendant appeals. Reversed.

PER CURIAM. Judgment reversed, without costs, and new trial ordered in the municipal court in the district in which the action was brought. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319; Currier v. Roseff (Sup.) 61 N. Y. Supp. 838; Bristor v. Flaherty, 30 Misc. Rep. 111, 61 N. Y. Supp. 872.

DUNBAR, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by Andrew J. Dunbar against the Third Avenue Railroad Company. No opinion. Judgment and order unanimously affirmed on argument, with costs.

EMPIRE CITY MARBLE CO., Respondent, v. STANDARD STRUCTURAL CO., Appellant. (Supreme Court, Appellate Term. March 9, 1900.) Action by the Empire City Marble Company against the Standard Structural Company. From a judgment and order in favor of plaintiff, defendant appeals. Affirmed. John C. Wait, for appellant. Bryan L. Winters, for respondent.

PER CURIAM. Order affirmed, with costs.

EVANS, Respondent, v. AMERICAN STEEL FOUNDRY CO., Appellant. (City Court of New York. General Term. April 5, 1900.) Action by one Evans against the American Steel Foundry Company. From a judgment for plaintiff, and an order denying a new trial, plaintiff appeals. Reversed. For former report, see 61 N. Y. Supp. 922. Henry A. Rubino and Jay Noble Emley, for appellant. Irvins, Wollman & Downer, for respondent.

HASCALL, J. It seems quite clear that this case comes within the principle so ably argued in the opinion in Baker v. Thomas, 12 Misc. Rep. 432, 33 N. Y. Supp. 613; and, indeed, many of the most important facts are so similar that it would almost be possible to interchange them without disturbing the history of the actions. That case and others cited in its record are controlling, and call for a reversal herein. See, also, Sibbald v. Iron Co., 83 N. Y. 381. Judgment and order reversed, and new trial ordered, with costs and disbursements to abide the event.

McCARTHY, J., concurs.

FELIX, Appellant, v. DEVLIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Peter W. Felix against Daniel C. Devlin and others. No opinion. Transferred to the First department.